CAVANAGH & ASSOCIATES, P.C.
727 Raritan Road (Suite 202-A)
Clark, New Jersey   07066
T (732)882-1333
F (732)882-1007
ATTORNEY FOR DEFENDANT FILIP GROZEA

------------------------------X   UNITED STATES DISTRICT COURT
                                  EASTERN DISTRICT OF NEW YORK

UNITED STATES
     Plaintiff,
          v.                      CASE No. 05-CR-0071 (JBW)

FILIP GROZEA,
     Defendant.                   CRIMINAL ACTION
------------------------------X

### CONSENT ORDER AMENDING JUDGMENT IN A CRIMINAL CASE AND RE-SCHEDULING DEFENDANT'S SELF-SURRENDER DATE TO THE FEDERAL BUREAU OF PRISONS FROM MARCH 30, 2006 TO MAY 31, 2006

This matter being opened to the Court by defendant FILIP GROZEA, appearing by CAVANAGH & ASSOCIATES, P.C., and the relief requested having been consented to by the UNITED STATES OF AMERICA, appearing by the OFFICE OF THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF NEW YORK (ASSISTANT UNITED STATES ATTORNEY JOHN A. NATHANSON appearing), and after due consideration and good cause appearing,

IT IS on this _30th_ day of   MARCH, 2006,

ORDERED that defendant's motion be, and the same hereby is GRANTED; and, it is

FURTHER ORDERED that the JUDGMENT OF CONVICTION, dated January 26, 2006, be, and the same hereby is AMENDED and MODIFIED to reflect that defendant's self-surrender date to the federal Bureau of Prisons is May 31, 2006 before 2:00 P.M.; and, it is

FURTHER ORDERED that in all other respects said JUDGMENT OF

CONVICTION remains unchanged and in full force and effect.

SO ORDERED.

_____
HON. JACK B. WEINSTEIN, SR. U.S.D.J.

3/20/06

*CAVANAGH & ASSOCIATES, P.C.*
Attorneys and Counselors at Law

March 20, 2006

Clerk of the Court
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: UNITED STATES v. GROZEA
     Case No. 05-CR-071 (JBW)

     SUBSTITUTION OF ATTORNEY

Dear Clerk of the Court:

     In reference to the above matter, enclosed herewith please find the original and one copy of a SUBSTITUTION OF ATTORNEY with respect to Mr. Filip Grozea, the above-named defendant.

     Upon being docketed, please return one copy to the undersigned.

                Respectfully,

                CAVANAGH & ASSOCIATES, P.C.
                ATTORNEYS FOR DEFENDANT GROZEA

                By:
                GLENN L. CAVANAGH, ESQ.

C:    Mr. F. Grozea

     Mr. John Nathanson, ASUA.
     United States Attorney
     Eastern District of New York
     One Pierrepont Plaza
     Brooklyn, NY 11201

     ▬▬▬▬▬▬▬▬▬▬▬▬
     United States Courthouse
     Eastern District of New York
     225 Cadman Plaza East
     Brooklyn, NY 11201

              727 Raritan Road
                Suite 202 A
             Clark, N.J. 07066-2241
     Phone: 732.882.1333    Fax: 732.882.1007

CAVANAGH & ASSOCIATES, P.C.
727 Raritan Road (Suite 202-A)
Clark, New Jersey 07066
T (732)882-1333
F (732)882-1007
ATTORNEY FOR DEFENDANT FILIP GROZEA

---------------------------------X   UNITED STATES DISTRICT COURT
UNITED STATES                         EASTERN DISTRICT OF NEW YORK
      Plaintiff,
          v.                          CASE No. 05-CR-0071 (JBW)
FILIP GROZEA,
      Defendant.                      CRIMINAL ACTION
---------------------------------X

TO: CLERK OF THE ABOVE-NAMED COURT

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consent to the substitution of

CAVANAGH & ASSOCIATES, P.C. as Attorney for FILIP GROZEA,

DEFENDANT in the above entitled cause.

_____        _____
GLENN L. CAVANAGH, ESQ.                MATTHEW J. KLUGER, ESQ.
Superseding Attorney                   Withdrawing Attorney[s]

Dated: FEBRUARY 13, 2006

TO: ASSISTANT U.S. ATTORNEY JOHN A. NATHANSON
    OFFICE OF THE UNITED STATES ATTORNEY
    EASTERN DISTRICT OF NEW YORK
    147 PIERREPONT STREET
    BROOKLYN, N.Y. 11201
    ATTORNEY FOR PLAINTIFF UNITED STATES