CAVANAGH & ASSOCIATES, P.C.
727 Raritan Road (Suite 202-A)
Clark, New Jersey    07066
T (732)882-1333
F (732)882-1007
ATTORNEY FOR DEFENDANT FILIP GROZEA

---------------------------------X   UNITED STATES DISTRICT COURT
                                     EASTERN DISTRICT OF NEW YORK
UNITED STATES
      Plaintiff,
            v.                       CASE No. 05-CR-0071 (JBW)

FILIP GROZEA,
      Defendant.                     CRIMINAL ACTION
---------------------------------X

TO:   CLERK OF THE ABOVE-NAMED COURT    *THIS MOTION WILL BE HEARD*

      HON. JACK B. WEINSTEIN, U.S.D.J.  *5/30/06 AT 10:30a.m.   THE DEFT.*
                                        *IS TO BE PRESENT IN COURT.*
      ASSISTANT U.S. ATTORNEY JOHN A. NATHANSON
      OFFICE OF THE UNITED STATES ATTORNEY
      EASTERN DISTRICT OF NEW YORK
      147 PIERREPONT STREET
      BROOKLYN, N.Y. 11201
      ATTORNEY FOR PLAINTIFF UNITED STATES


NOTICE   OF   EMERGENT MOTION
==========================
[FOR AN ORDER ADJOURNING AND
RESCHEDULING DEFENDANT'S SELF-SURRENDER
DATE TO THE FEDERAL BUREAU OF PRISONS FROM
MAY 31, 2006, TO JUNE 09, 2006]

[TELEPHONIC ORAL ARGUMENT IS REQUESTED SHOULD
THE UNITED STATES FILE AN ANSWER OPPOSING
THE INSTANT MOTION]

[A SELF-SURRENDER DATE OF MAY 31,2006 HAS BEEN SET]

TO WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that on a date and time to be set by the Clerk of the Court the undersigned defendant, appearing by and through its attorney CAVANAGH & ASSOCIATES, P.C., will move before the Hon. Jack B. Weinstein, Sr. U.S.D.J. at a Motions Term of the Court, at the Courthouse, located at the United States Courthouse,

Brooklyn, N.Y. for an order granting in all respects the relief as is set forth and described above.

The order sought will be entered in the discretion of the court unless the United States Attorney upon whom the motion is served notifies the clerk of the court and the above attorney for the defendant in writing within ten (10) after the date of service of the motion that the responding party objects to the entry of the order.

Your written response must be in the form of a written certification or affidavit. You may ask for oral argument, which means you can ask to appear before the court to explain your position. If the court grants oral argument, you will be notified of the date, time and place. Your response, if any, must be in writing even if you request oral argument. Any papers you send to the court must also be sent to the defendant's attorney.

No pre-filing conference was held with the Office of the United States Attorney (AUSA John Nathanson).

Dated: MAY 19, 2006

Respectfully,

CAVANAGH & ASSOCIATES, P.C.

By: /s/
GLENN L. CAVANAGH, ESQ.
ATTORNEY FOR DEFENDANT

CAVANAGH & ASSOCIATES, P.C.
727 Raritan Road (Suite 202-A)
Clark, New Jersey    07066
T (732)882-1333
F (732)882-1007
ATTORNEY FOR DEFENDANT FILIP GROZEA

------------------------------X     UNITED STATES DISTRICT COURT
                                    EASTERN DISTRICT OF NEW YORK
UNITED STATES
     Plaintiff,
          v.                        CASE No. 05-CR-0071 (JBW)

FILIP GROZEA,
     Defendant.                     CRIMINAL ACTION
------------------------------X

### CERTIFICATION OF GLENN L. CAVANAGH, ESQ. IN SUPPORT OF EMERGENT MOTION

Glenn L. Cavanagh, Esq., an attorney at law licensed in the State of New Jersey, does say that:

1. I am the attorney for FILIP GROZEA ("defendant"), defendant in the above entitled action; I am fully familiar with the facts and circumstance of this matter. I am filing this statement in support of the annexed emergent motion.

2. Defendant is presently on post-sentencing bail with a self-surrender date to the federal bureau of prisons ("BOP") of May 31, 2006; defendant has not yet received notice from the BOP as to which federal facility he has been designated.

3. No direct appeal was filed by defendant.

4. In January, 2006, defendant initiated a series of extensive dental and orthodontic work which was anticipated to be completed no later than May 31, 2006. This completion date has been delayed and extended to no later than June 09, 2006, as is explained in set forth in the accompanying statement dated May 19, 2006, from defendant's physician, Dr. E. Mitchell Greenstone,

D.D.S.

5. Based on the medical statements and reasons set forth in Dr. Greenstein's letter, it is respectfully requested that defendant's self-surrender date to the BOP be adjourned from May 31, 2006, to and including June 09, 2006.

6. A prior, related adjournment request was consented to by the United States and granted by this Court, which adjourned the self-surrender date from March 30, 2006, to May 31, 2006, based on the same medical circumstances raised herein.

7. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:    MAY 22, 2006

GLENN L. CAVANAGH, ESQ.
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
==========================

I, THOMAS DELGUERCIO, do herein certify that on the 22nd day of MAY, 2006, I did transmit the enclosed MOTION,

TO:
ASSISTANT U.S. ATTORNEY JOHN A. NATHANSON
OFFICE OF THE UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK
147 PIERREPONT STREET
BROOKLYN, N.Y. 11201
ATTORNEY FOR PLAINTIFF UNITED STATES

Via first-class US mail in a sealed envelope and that if any of the foregoing statements is willfully false I am subject to punishment.

*Thomas DelG*
THOMAS DELGUERCIO

Dated: MAY 22, 2006

E. Mitchell Greenstone, D.D.S.
923 Fifth Avenue Ste 1C
New York, NY 10021
(212) 734-3421

May 19, 2006

RE: Grozea, Filip

To Whom It May Concern:

Although it was initially planned that all dental work would be completed by the first week of May, 2006 various dental lab issues arose requiring work to be re-done to achieve an optimal level of fit.

Based on the current condition, Mr. Grozea's remaining dental work will be completed no later than June 9, 2006.

This additional time is medically necessary and required to insure a successful result in terms of function and health: Mr. Grozea's dental function and health will be jeopardized should the remaining work not be completed and permanently inserted, before Mr. Grozea leaved the country.

Thank you in advance.

Yours truly

E. Mitchell Greenstone D.D.S.